fender, Chief, Appeals Division, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

417 A.2d 794

Commonwealth v. Shivers, Appellant.

Submitted December 8, 1978. Henry C. Haefner, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

417 A.2d 794

Commonwealth v. Shivers, Appellant.

Submitted September 15, 1978. Henry C. Haefner, Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

SPAETH, J. concurred in the result.